LAURA WERNER, Appellant, *v.* CARMINO PADULA et al.,
Respondents.

*Werner* v. *Padula,* 49 App. Div. 135, affirmed.
(Argued May 24, 1901; decided June 11, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered March
14, 1900, reversing a judgment in favor of plaintiff entered
upon a decision of the court at a Trial Term without a jury
and granting a new trial.

*Maurice Rupp* for appellant.

*George H. Taylor, Jr.,* for respondents.

Order affirmed and judgment absolute ordered for defend-
ants on the stipulation, with costs, on opinion below.

Concur: GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and
WERNER, JJ. Not sitting: PARKER, Ch. J.

———

MINNIE E. HALLETT et al., as Administrators of EDGAR A.
HALLETT, Deceased, Appellants, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Respondent.

(Submitted June 3, 1901; decided June 11, 1901.)

Motion for reargument denied, with ten dollars costs. (See
167 N. Y. 543.)

———

In the Matter of the Judicial Settlement of the Account of
SIDNEY L. ROWLAND et al., as Executors of THOMAS R.
EVERETT, Deceased Respondents; ROBERT J. SHADBOLT,
Appellant.

(Submitted June 3, 1901; decided June 11, 1901.)

Motion for reargument denied, with ten dollars costs. (See
166 N. Y. 641.)